IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNE BOELTER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br>        Defendant. | C.A. No. 1:15-cv-03934-AT |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hearst Communications, Inc. states that it is an indirect wholly owned subsidiary of The Hearst Corporation, a privately held company, and that no publicly held corporation owns 10% or more of its stock.

        Respectfully submitted,

        /s/ Jonathan R. Donnellan
        Jonathan R. Donnellan
        The Hearst Corporation
        Office of General Counsel
        300 West 57th Street, 40th Floor
        New York, NY 10019
        Tel: (212) 841-7000
        Fax: (212) 554-7000
        jdonnellan@hearst.com

        *Attorney for Defendant Hearst Communications, Inc.*

Dated: June 1, 2015

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 1, 2015.

                                          /s/ Jonathan R. Donnellan
                                          Jonathan R. Donnellan