IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNE BOELTER, individually and on behalf of all other similarly situated,<br><br>                              Plaintiff,<br>vs.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>                              Defendant. | Civil Action No. 15-cv-03934-AT-JLC<br><br><br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon (1) the accompanying Memorandum of Law, dated August 17, 2015, and (2) the Declaration of Kristina E. Findikyan, dated August 17, 2015, and the exhibit attached thereto, Defendant Hearst Communications, Inc., through its undersigned attorneys, will move this Court, before the Honorable Analisa Torres, United States District Court Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), granting its motion to dismiss the class action complaint or, in the alternative, to stay this action pending the Supreme Court's decision in *Spokeo, Inc. v. Robins*, No. 13-1339 (U.S.), in the above-captioned action, and for such other and further relief as may be just and proper.

PLEASE TAKE FURTHER NOTICE that any opposition to this Motion shall be served and filed by August 31, 2015, and any reply shall be served and filed by September 8, 2015 in accordance with the directive of Judge Torres.

Dated: August 17, 2015

    Respectfully submitted,

    s/ Jonathan R. Donnellan
    Jonathan R. Donnellan
    Kristina E. Findikyan
    Stephen H. Yuhan
    HEARST CORPORATION
    Office of General Counsel
    300 West 57th Street
    New York, New York 10019-3792
    Phone (212) 841-7000
    Fax   (212) 554-7000
    jdonnellan@hearst.com

    *Attorneys for Defendant Hearst Communications, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of defendant Hearst Communications, Inc.'s Notice of Motion to Dismiss, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 17, 2015.

/s/ Jonathan R. Donnellan
Jonathan R. Donnellan