USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZANNE BOELTER, individually and on behalf of others similarly situated,

                         Plaintiff,

-against-

HEARST COMMUNICATIONS, INC.,

                         Defendant.

15 Civ. 3934 (AT) (JLC)

JOSEPHINE JAMES EDWARDS, individually and on behalf of others similarly situated,

                         Plaintiff,

-against-

HEARST COMMUNICATIONS, INC.,

                         Defendant.

15 Civ. 9279 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the letter from Defendant, Hearst Communications, Inc., dated December 5, 2016, ECF No. 91, which requests a pre-motion conference in anticipation of Defendant's motion to dismiss, and the letter from Plaintiff, Josephine James Edwards, dated December 12, 2016, ECF No. 95, which opposes Defendant's request. Both parties also intend to file a motion for summary judgment and request a schedule to exchange Rule 56.1 Statements.

It is ORDERED that:

1. The case management conference scheduled for January 3, 2017, is ADJOURNED *sine die*;

2. Defendant's request for a pre-motion conference is DENIED;

3. By **January 13, 2017**, each movant shall provide the opposing party with its Rule 56.1 Statement;

4. By **February 10, 2017**, each opposing party shall respond to the movant's Rule 56.1 Statement by reproducing each entry in the moving party's Rule 56.1 Statement and setting out the opposing party's response directly beneath it, pursuant to the Court's Individual Practices in Civil Case, Rule III(c)(ii);

5. By **February 24, 2017**, each movant shall file a letter indicating its intention to file a motion to dismiss and/or a motion for summary judgment and attaching only the opposing party's response to the movant's Rule 56.1 Statement; and

6. By **March 3, 2017**, each opposing party may file an opposition letter.

Prior to submitting the letters and Rule 56.1 Statements on February 24, the parties shall confer to discuss appropriate redactions and requests to file under seal, if necessary.

SO ORDERED.

Dated: December 20, 2016
   New York, New York

_____
ANALISA TORRES
United States District Judge