UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/17
```

SUZANNE BOELTER, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

HEARST COMMUNICATIONS, INC.,

                Defendant.

15 Civ. 3934 (AT) (JLC)

JOSEPHINE JAMES EDWARDS, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

HEARST COMMUNICATIONS, INC.,

                Defendant.

15 Civ. 9279 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

      By letter dated February 17, 2017, Plaintiff informed the Court of a dispute arising over the use of section headings in Plaintiffs' 56.1 statement. *Edwards*, ECF No. 109.[1] This Court's Individual Practices in Civil Cases generally provides for five business days to oppose such letters, which would give Defendant until February 27, 2017, to file their opposition. However, the Court is cognizant of the briefing schedule proposed by the parties and adopted by the Court, which provides that pre-motion letters and 56.1 statements shall be filed by February 24, 2017. *Boelter*, ECF No. 130; *Edwards*, ECF No. 98.

      Accordingly, it is ORDERED that Defendant may file an opposition to Plaintiff's letter no later than **February 23, 2017**.

      SO ORDERED.

Dated: February 21, 2017
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge

---

[1] The parties are again reminded to file all documents on both the *Edwards* and *Boelter* dockets. *See* ECF No. 128 at 1 n.1.