UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED:  6/12/2018               │
└─────────────────────────────────────┘
```

SUZANNE BOELTER, individually and on
behalf of others similarly situated,

               Plaintiff,

      -against-

HEARST COMMUNICATIONS, INC.,

              Defendant.

15 Civ. 3934 (AT) (JLC)

JOSEPHINE JAMES EDWARDS, individually
and on behalf of others similarly situated,

               Plaintiff,

      -against-

HEARST COMMUNICATIONS, INC.,

              Defendant.

15 Civ. 9279 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

    The Court having been advised that all claims asserted herein have been settled in principle, *Edwards v. Hearst Commc'ns, Inc.*, 15 Civ. 9279, ECF No. 286, it is ORDERED that:

1. Any pending motions are DENIED without prejudice to renewal.
2. All conferences are vacated.
3. By **July 12, 2018**, Plaintiff shall file her motion for preliminary approval of the proposed settlement.

    SO ORDERED.

Dated: June 12, 2018
      New York, New York

                             _____
                                ANALISA TORRES
                       United States District Judge